# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:22-mj-00126 |
| JESUS GABRIEL ALONSO LEYVA VALENZUELA | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 11, 2022 in the county of Marion in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B) | Possession with the Intent to Distribute a Controlled Substance, to-wit: 100 grams or more of a mixture and substance containing heroin and 400 grams or more of a mixture and substance containing fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide). |

This criminal complaint is based on these facts:

See affidavit of DEA Task Force Officer Vincent Dawson attached and incorporated by reference herein.

☐ Continued on the attached sheet.

/s/ Vincent Dawson, By Phone
*Complainant's signature*

Vincent Dawson, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 8:07 p.m.

Date: 07/11/2022

*Judge's signature*

City and state: Portland, Oregon

Hon. Andrew Hallman
*Printed name and title*