UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-CR-00027-HZ |
| v. | INFORMATION |
| JESUS GABRIEL ALONSO LEYVA VALENZUELA, | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Possession with the Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))**

On or about July 11, 2022, within the District of Oregon, defendant **JESUS GABRIEL ALONSO LEYVA VALENZUELA** did knowingly and intentionally possess with the intent to distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

///

///

///

**Information**

**COUNT 2**
**(Possession with the Intent to Distribute Heroin)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))**

On or about July 11, 2022, within the District of Oregon, defendant **JESUS GABRIEL ALONSO LEYVA VALENZUELA** did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**FORFEITURE ALLEGATION**
**(Controlled Substance Offense)**

Upon conviction of an offense in Counts 1 and/or 2, defendant **JESUS GABRIEL ALONSO LEYVA VALENZUELA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: January 27, 2023.          Respectfully submitted,

                                  NATALIE K. WIGHT
                                  United States Attorney

                                  /s/ *Scott M. Kerin*
                                  SCOTT M. KERIN, OSB # 965128
                                  Assistant United States Attorney